AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

**Jul 28, 2026**

SEAN F. MCAVOY, CLERK

KARRINA L.,

)
*Plaintiff*  )
v.  )
COMMISSIONER OF SOCIAL SECURITY  )
ADMINISTRATION,  )
  )

Civil Action No.   4:26-CV-05034-SAB

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Pursuant to the Order at ECF No. 11, Plaintiff's Brief at ECF No. 5, is GRANTED. Defendant's Motion, ECF No. 8, is GRANTED.  Defendant's Brief at ECCF No. 9 is DENIED.  This case is REVERSED and REMANDED to the Commissioner for an immediate award of benefits. pursuant to sentence four of 42 U.S.C. § 405(g). Judgment shall be entered in favor of Plaintiff and against theCommissioner.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Stan Bastian

Date:   7/28/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*